IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTOPHER DIXON | § | |
| VS. | § | CIVIL ACTION NO. 1:07cv599 |
| BOBBY J. GRIFFIN | § | |

## MEMORANDUM OPINION

Christopher Dixon, proceeding *pro se*, filed this civil rights lawsuit. Plaintiff complains that certain property was not returned to him after he was transferred to another building.

Plaintiff has another action pending before the court raising the same claim. *See Dixon v. Griffin*, No. 1:07cv583. As a result, this lawsuit will be dismissed without prejudice as repetitious. An appropriate final judgment shall be entered.

**SIGNED** this the **10** day of **September, 2007.**

Thad Heartfield
United States District Judge